**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS OF: I.M.B., A MINOR,

JOHN E.P.,
Appellant,
vs.
ALEX E.P.; AND SARAH B.,
Respondents.

No. 64735

**FILED**

MAY 19 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On February 27, 2014, this court ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction, pointing out that the notice of appeal was untimely under NRAP 4(a)(1). After an extension, appellant's response was due by April 7, 2014. To date, however, appellant has not responded or otherwise demonstrated jurisdiction. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. William B. Gonzalez, District Judge, Family Court Division
     Law Firm Express
     Kerry P. Faughnan
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-16105